JUDGE KAPLAN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA

    - v. -

ANTHONY RIASCO-ZAPATA,
 a/k/a "Anthony Riascos,"
 a/k/a "Antonio Rivera," and
 a/k/a "Wilmar Campbell,"

                  Defendant.

- - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 24 2005

05 Cr. ____

**05CRIM. 568**

## COUNT ONE

The Grand Jury charges:

1. From in or about April 2005, in the Southern District of New York and elsewhere, ANTHONY RIASCO-ZAPATA, a/k/a "Anthony Riascos," a/k/a "Antonio Rivera," a/k/a "Wilmar Campbell," the defendant, being an alien, unlawfully, willfully, and knowingly, did enter and was found in the United States, after having been denied admission, excluded, deported and removed from the United States subsequent to a conviction for the commission of an aggravated felony, to wit, a conviction on or about April 12, 1995, in New York Supreme Court, Kings County, Brooklyn, New York, of criminal possession of a controlled substance in the fifth degree, without having obtained the

express consent of the Attorney General of the United States, or his successor, the Secretary for Homeland Security, to reapply for admission.

(Title 8, United States Code, Sections 1326(a) and (b)(2).)

_____  
FOREPERSON

_____  
DAVID N. KELLEY  
United States Attorney

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ANTHONY RIASCO-ZAPATA,

Defendant.

INDICTMENT

05 Cr.

(8 U.S.C. § 1326(a) and (b)(2))


DAVID N. KELLEY
United States Attorney.

**A TRUE BILL**

Foreperson.

Post 11/87

RC
5/24/05

Indictment filed, arrest warrant issued.

F. Maas, US MJ